STANLEY R. WHITE et al., Doing Business under the Name of WHITE & WHITE, Respondents, v. 221 WEST 82ND STREET CORP., Appellant.— In an action to recover for services rendered under a contract whereby the plaintiffs agreed, among other things, to process an application for commitments by the Federal Housing Administration, the defendant appeals from a judgment in favor of the plaintiffs. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See post, p. 974.]

## (March 9, 1953.)

■

EDWIN HOLDING CORPORATION, Respondent, v. ETHEL FISCHER, Doing Business under the Name of ETHEL'S MILLINERY SHOPPE, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

■

In the Matter of MICHAEL LEKACOS, an Attorney.— The issues of fact arising upon the petition, supplemental petition, and answers are referred to Honorable JOHN B. JOHNSTON, Official Referee (in place of Honorable WILLIAM R. WILSON, Official Referee, retired) for hearing and report. Present—Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.